CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 13-10397                                                                 DIVISION " "

COLLEEN M. KOTTEMANN SUTHERLAND WIFE OF, AND GLENN SUTHERLAND

VERSUS

ARTS CENTER ENTERPRISES - NEW ORLEANS, L.L.C.
d/b/a MAHALIA JACKSON THEATER, PHOENIX-ENT, LLC D/B/A PHOENIX
ENTERTAINMENT, BOURBON ROOM ROCKS, LLC, KEY BRAND
ENTERTAINMENT, INC., D/B/A BROADWAY ACROSS AMERICA, STEPHEN KANE,
MICHAEL MCFADDEN, KRISTIN HANGGI, AND KELLY DEVINE

FILED:_____                    _____
                                                                  DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of Colleen & Glenn Sutherland, domiciled in the Parish of Orleans, State of Louisiana, with respect represent that:

I.

Defendants in this cause of action are:

1. Arts Center Enterprises - New Orleans, LLC, a foreign company authorized to do and doing business in the Parish of Orleans, State of Louisiana.

2. Phoenix-Ent, LLC d/b/a Phoenix Entertainment, a foreign company authorized to do and doing business in the Parish of Orleans, State of Louisiana.

3. Bourbon Room Rocks, LLC, a foreign company authorized to do and doing business in the Parish of Orleans, State of Louisiana.

4. Key Brand Entertainment, Inc., d/b/a Broadway Across America, a corporation authorized to do and doing business in Parish of Orleans, State of Louisiana.

5. Stephen Kane, a person of majority of unknown residence and domicile.

6. Michael McFadden, a person of majority of unknown residence and domicile.

7. Kristin Hanggi, a person of majority of unknown residence and domicile.

8. Kelly Devine, a person of majority of unknown residence and domicile.

II.

Defendants are jointly and severally indebted unto your petitioner, Glenn Sutherland, and his wife, Colleen Sutherland, for general and special damages suffered by Petitioners in a sum sufficient to fully compensate them for all of their damages, together with legal interest, and for all costs, for

this, to-wit:

### III.

On or about November 6, 2011, Petitioner Glenn Sutherland and his wife were audience members attending the "Rock of Ages" show as invitees of the Mahalia Jackson Theater. During the performance, an actor, hereinafter referred to as "John Doe", jumped on the person of Petitioner Glenn Sutherland, and more particularly upon his leg/knee, thereby causing severe and debilitating injuries to Petitioner Glenn Sutherland's knee, which injuries subsequently required surgical intervention and have resulted in permanent disability.

### III (a)

Mahalia Jackson Theater was and is at all times relevant herein owned and/or operated by Defendant, Arts Center Enterprises - New Orleans, LLC.. Upon information and belief, Defendant rented its facility to the Defendant production company or companies that produced the Rock of Ages show but nonetheless maintained the "garde" of its premises at all times relevant herein, and/or knew or should have known of the hazardous activities that were going to be conducted by its renters/lessees in the form of actors committing trespass upon patrons/invitees.

### III (b)

Phoenix Entertainment was and is at all times relevant herein a theatrical producing and management enterprise that co-produced the "Rock of Ages" show.

### III (c)

Bourbon Room Rocks, LLC, was and is at all times relevant herein a theatrical producing and management enterprise that co-produced the "Rock of Ages" show.

### III (d)

Key Brand Entertainment, Inc., d/b/a Broadway Across America, was and is at all times relevant the Broadway theatre touring organization that co-produced the "Rock of Ages" show.

### III (e)

Stephen Kane, was and is at all times relevant the Executive Producer of the "Rock of Ages" show.

Michael McFadden, was and is at all times relevant the Artistic Producer of the "Rock of Ages" show.

Kristin Hanggi, is and was at all times relevant the Director of the "Rock of Ages" show and responsible for directing the production and the actors participating therein.

Kelly Devine, is and was at all times relevant the Choreographer of the "Rock of Ages" show and responsible for the actions of the actors/dancers and including "John Doe", the actor who trespassed upon the person of Plaintiff.

IV.

The sole proximate cause of the above described accident was the negligent and/or strict liability acts of defendants herein, which negligence and/or strict liability consists more particularly, but not exclusively, of the following:

**AS TO DEFENDANT ARTS CENTER ENTERPRISES - NEW ORLEANS, L.L.C. d/b/a MAHALIA JACKSON THEATER:**

1. Failure to properly supervise activities on its premises so as to maintain its premises in a safe and suitable condition, free from unreasonably dangerous conditions or acts which could or would cause injury to its invitees and/or patrons;

2. Failure to prohibit or otherwise prevent actors or others utilizing its premises for profit from acts which could or would injure invitees and/or patrons of its facility;

3. Failure to warn patrons of the unreasonably dangerous acts that it knew or should have known were going to occur on its premises during the Rock of Ages production and which would or were likely to cause injury to its invitees and/or patrons on its premises;

4. Failure to ascertain the exact nature of the dangerous and/or harmful and/or potentially damaging activities which were going to occur on its premises by natural or juridical persons to whom it rented its premises for profit, and thereafter prohibit such dangerous activities from occurring which would or were likely to harm invitees and/or patrons of its facility.

**AS TO RESPONDIAT SUPERIOR DEFENDANTS OF "JOHN DOE", the producers and directors of the Rock of Ages show identified above:**

1. Negligently injuring Plaintiff, an invitee on the premises by suddenly and without warning jumping upon the person of Plaintiff;

    2.    Trespass upon the person of Plaintiff;

    3.    Negligent battery upon the person of Plaintiff

AS TO DEFENDANTS "PHOENIX ENTERTAINMENT" & "BOURBON ROOM ROCKS, LLC", "KEY BRAND ENTERTAINMENT, INC., D/B/A BROADWAY ACROSS AMERICA","STEPHEN KANE", "MICHAEL MCFADDEN", "KRISTIN HANGGI", and "KELLY DEVINE":

    1.    Failure to properly supervise actors so as to maintain a safe and suitable condition for patrons of the show, free from unreasonably dangerous conditions or acts which could or would cause injury to patrons of its shows.

    2.    Failure to prohibit or otherwise prevent actors or others from engaging in behaviors and/or actions which could or would injure invitees and/or patrons of its show;

    3.    Failure to warn patrons of the unreasonably dangerous acts that it knew or should have known were going to occur on the premises during the Rock of Ages production and which would or were likely to cause injury to its invitees and/or patrons during the show;

    4.    Failure to ascertain the exact nature of the dangerous and/or harmful and/or potentially damaging activities which were going to occur during the show by natural or juridical persons to whom it hired to perform for profit, and thereafter prohibit such dangerous activities from occurring which would or were likely to harm invitees and/or patrons during the show.

V.

As a direct result of the accident herein complained of, Petitioner Glenn Sutherland suffered physical, psychological, and emotional injuries to his body, economic disability, mental anguish, pain and suffering, which injuries are more particularly, but not exclusively, described as follows:

    A.    Extensive personal injuries to his body and particularly as to his knee, necessitating extensive medical and surgical care, as well as both temporary and total disability.

VI.

As a consequence of this accident and resulting injuries, Petitioner, Glenn Sutherland sustained damages as follows:

A. Past, present and future pain, suffering, disability and mental anguish; (Mr. Sutherland)

B. Past, present and future medical expenses;(community debt)

C. Loss of past, present, and future economic income; (community debt)

D. Loss of consortium, services and society. (Mrs. Sutherland)

**WHEREFORE**, Petitioners Mr. & Mrs. Glenn Sutherland pray that a copy of this Petition be served on all Defendants, that they each be cited to appear and answer same, and that, in due course, there be Judgement rendered against the Defendants, jointly and severally and in solido, in favor of Petitioners, in an amount to be determined by the trier of fact which will fully compensate Petitioners for general and special damages suffered by them, together with legal interest from date of judicial demand, and for all costs of these proceedings, and for all general and equitable relief as the law may allow.

Respectfully submitted:

VAL PATRICK EXNICIOS, T.A. (LA Bar #19563)
Carlos A. Ramirez (LA #31532)
*Liska, Exnicios & Nungesser*
Attorneys & Counselors-at-Law
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 410-9611
Fax: (504) 410-9937
Vpexnicios@exnicioslaw.com
Cramirez@exnicioslaw.com

and

**JAMES CARTER (Bar # 26841)**
*JAMES CARTER & ASSOCIATES*
1100 Poydras St., Suite 2900
New Orleans, LA 70163
(504) 799-2238
Fax (504) 302-4299

**PLEASE SERVE:**

**Arts Center Enterprises - New Orleans, LLC**
through its registered agent
David Skinner
501 Basin Street, Suite D
New Orleans, La 70112

**PLEASE SERVE VIA LOUISIANA LONG ARM:**

**Phoenix-Ent, LLC d/b/a Phoenix Entertainment**
through its agent of service (via Louisiana Long Arm)
Craig R. Habicht
104 North Court St.
Frederick, MD 21701

**Bourbon Room Rocks, LLC**
through its agent of service (via Louisiana Long Arm)
Craig R. Habicht
16 West South St.
Frederick, MD 21701

**Key Brand Entertainment, Inc., d/b/a Broadway Across America**
through its agent of service (via Louisiana Long Arm)
Corporation Service Company
2711 Centerville Rd., Ste 400
Wilmington, DE 19808

**HOLD SERVICE PENDING ADDRESS NOTIFICATION:**

Stephen Kane

Michael McFadden

Kristin Hanggi

Kelly Devine